| | |
|---|---|
| 1 | LAW OFFICES OF SCHREIBER & SCHREIBER, INC. |
| 2 | Edwin C. Schreiber, Esq.<br>CBN: 41066 |
| 3 | ed@schreiberlawfirm.com<br>165D1 Ventura Blvd., Suite 401 |
| 4 | Encino, California 91436<br>Telephone: 818.789.2577 |
| 5 | Attorney for Plaintiff |

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD'S BEST TROPICAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CRUZ FRESH PRODUCE, INC. and JOSE L. ORDONEZ LOPEZ,<br><br>Defendants. | Case No. 2:12-cv-08420-R-VBK<br><br>**The Honorable Manuel Real**<br><br>**Courtroom: 8** |

**ORDER GRANTING DEFAULT JUDGMENT AGAINST SANTA CRUZ FRESH PRODUCE, INC. AND JOSE L. ORDONEZ LOPEZ; JUDGMENT**

It appearing from the records in the above-entitled action that summons has been served upon Santa Cruz Fresh Produce, Inc. and Jose L. Ordonez Lopez, a Default having been entered on December 11, 2012 pursuant to Fed. R. Civ. P. 55(a), and it otherwise appearing that defendants Santa Cruz Fresh Produce, Inc. and Jose L. Ordonez Lopez have failed to properly and timely plead or otherwise defend in said action as directed in its Summons and as provided in the Federal Rules of Civil Procedure:

NOW THEREFORE, on request of Plaintiff's Counsel, a final Judgment is entered against Santa Cruz Fresh Produce, Inc. and Jose L. Ordonez Lopez, jointly and severally, in the amount of $50,466.37, representing $40,961.50 in principal,

1 | $6,504.87 in prejudgment interest, and $3,000 in attorneys' fees in accordance with
2 | the Schedule of Attorneys' Fees set forth in Local Rule 55-3. Plaintiff is entitled to
3 | post-judgment interest at the contract rate of 1.5% per month (18% APR).
4 | IT IS SO ADJUDGED.

6 | Dated this 8th day of May, 2013      _____
7 |                                      Judge Manuel L. Real
                                         United States District Judge